IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HALF PRICE BOOKS, RECORDS, MAGAZINES, INCORPORATED § § | | |
| Plaintiff, § | CIVIL ACTION NO. 3:16-CV-03024-G | |
| § | | |
| V. § | | |
| § | [JURY DEMANDED] | |
| THE HANOVER INSURANCE COMPANY AND THE HANOVER INSURANCE GROUP, INC. § § § | | |
| Defendants. § | | |

**AGREED STIPULATION OF DISMISSAL PURSUANT TO SETTLEMENT**

COME NOW, the Parties, Plaintiff, HALF PRICE BOOKS, RECORDS, MAGAZINES, INCORPORATED, and Defendants, THE HANOVER INSURANCE COMPANY and THE HANOVER INSURANCE GROUP and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, and respectfully files this Agreed Stipulation of Dismissal Pursuant to Settlement, with Prejudice and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii).

Plaintiff and Defendants have agreed upon an amicable resolution amongst themselves as well as by and through their counsel of record. Accordingly, there no longer remains a controversy with respect to the above-referenced and numbered cause.

WHEREFORE, PREMISES CONSIDERED, the Plaintiff and the Defendants respectfully request that this Honorable Court enter an Order by which the above-referenced and numbered civil action shall be dismissed, with prejudice. Each Party is to bear its own costs.

Respectfully submitted,

**THE MILLER LAW FIRM**

　/s/ *Michael A. Miller*
MICHAEL A. MILLER; TBN: 14100650
MURRAY JOSEPH ROSSINI; TBN: 17309475
3811 Turtle Creek Blvd., Ste. 1950
Dallas, Texas 75219
(469) 916-2552 (Telephone)
(469) 916-2555 (Facsimile)
mmiller@tmlfpc.com
mrossini@tmlfpc.com

**ATTORNEYS FOR PLAINTIFF**

**QUILLING, SELANDER, LOWNDS,
　WINSLETT & MOSER, P.C.**

　*/s/ Marcie L. Schout*
WM. LANCE LEWIS; TBNL 12314560
MARCIE L. SCHOUT; TBN: 24027960
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)
llewis@qslwm.com
mschout@qslwm.com

**ATTORNEYS FOR DEFENDANT,
TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA**

**PHELPS DUNBAR LLP**

　/s/ *Peri H. Alkas*
PERI H. ALKAS; TBN: 00783536
500 Dallas Street, Suite 1300
Houston, Texas 77002
(713) 626-1386 (Telephone)
(713) 626-1388 (Facsimile)
alkasp@phelps.com

**ATTORNEY FOR DEFENDANTS,
THE HANOVER INSURANCE COMPANY
AND THE HANOVER INSURANCE GROUP**